EDGAR SHAFFER, JR. v. STATE OF NEW JERSEY,
CIVIL SERVICE COMMISSION.

November 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID CIVELLO.

November 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY GALIYANO.

November 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD SHEETZ.

November 2, 1981.

Petition for certification denied.